IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLESTON HUTCHERSON,<br><br>            Petitioner,<br><br>    v.<br><br>GEORGE NEOTTI, Warden,<br><br>            Respondent. | No. C 11-2863 WHA (PR)<br><br>**ORDER DENYING LEAVE TO PROCEED ON APPEAL IN FORMA PAUPERIS**<br><br>**(Docket No. 17)** |

This is a habeas corpus case filed by a state prisoner pursuant to 28 U.S.C. 2254. The petition was denied on its merits, and a certificate of appealability was denied in the same order. Petitioner has filed a motion for leave to proceed on appeal in forma pauperis. The certificate of appealability was denied because "no reasonable jurist would find the denial of his claims debatable or wrong." *Slack v. McDaniel*, 529 U.S. 473, 484 (2000). For the same reason, petitioner's appeal is not taken in "good faith" and consequently leave to proceed on appeal in forma pauperis is **DENIED**. *See* 28 U.S.C. § 1915(a)(3).

**IT IS SO ORDERED.**

Dated: June  5 , 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

N:\HUTCHERSON2863.AFP.wpd